UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOUMBIA

UNITED STATES OF AMERICA

v.                                    05-246 (RMC)

DAVID MORA-GIL

MOTION TO ENTER APPEARANCE AS COUNSEL

H. Heather Shaner respectfully moves this court to enter her appearance as counsel.

/s/

_____

H. Heather Shaner #273276

1702 S St. NW

Washington, D.C. 20009

202 265 8210