**WARRANT FOR ARREST**  CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA  V.  David Mora-Gil | DOCKET NO: 05-246 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  David Mora-Gil | |
| DOB: 4/13/1983    PDID: | | |
| WARRANT ISSUED ON  Indictment | DISTRICT OF ARREST | FILED  JUL 1 4 2005  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)

(Aggravated Identity Theft)

IN VIOLATION OF:  
UNITED STATES CODE TITLE & SECTION:  
18 U.S.C. § 1546(a)  
18 U.S.C. § 1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: *Facala*  MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED:  June 28, 2005 |
| CLERK OF COURT:  Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:  JUN 28 2005 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  6-28-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  7-14-05 | Sean McLeod SDUSM | |

1041588