UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                Cr. 05-246-02
                              RMC

DAVID MORA-GIL

### MOTION TO DISMISS PURSUANT TO FRCP 48(b)

David Mora-Gil through counsel, H. Heather Shaner, moves this Court to dismiss the instant indictment pursuant to FRCP 48(b) for prosecutorial delay. In support of this motion the defendant states as follows:

1. This Court has inherent power to dismiss the indictment for want of prosecution. *U.S. v. Hattrup,* 763 F.2d 376,377 (9th C. 1985).

2. The defendant was arrested by agents of Homeland Security on May 10, 2005. At that time the defendant was designated as a "subject to be presented for prosecution."

3. Rather than presenting the defendant in District Court, the agents held him at an immigration jail from May 10, 2005 until July 13, 2005.

The delay in prosecution was "unnecessary delay" and warrants dismissal by the Court. See *U.S. v. Jones,* 524 F.2d 834 (D.C. Cir.

1975).  See also *U.S. v. DeLuna,* 763 F.2d 897,923 (8th Cir. 1985); *U.S. v. Clay,* 481 F.2d 133, 135 (7th Cir. 1973).

WHEREFORE the defendant requests the Court grant this Motion. The defendant requests a hearing on the merits of the Motion before Trial.

Respectfully Submitted,

/s/
_____

H. Heather Shaner #276 276
Appointed by the Court
for David Mora-Gil