UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   v.      Cr. 05-246-02
            RMC

DAVID MORA-GIL

## MOTION TO SUPPRESS EVIDENCE

David Mora-Gil through counsel, H. Heather Shaner, moves this Court to suppress evidence seized from his person on at the time of his arrest by ICE Agent Heath Simon and other unknown officers on May 10, 2005. In support of this motion the defendant states as follows:

1. The defendant was seized by federal ICE agents on a public street on or about 10:30 A.M. on May 10, 2005. in violation of the protections of the Fourth Amendment. *Terry v. Ohio,* 392 U.S. 1 (1968) May 10, 2005.

2. " A government agent may conduct a seizure of a person in order to investigate whether that person is an illegal alien. However, to justify the seizure the agent must articulate objective facts providing a reasonable suspicion that [the subject of the seizure] was an alien illegally in this country. The specific facts articulated by the agents must provide a rational basis for separating out the illegal aliens from

**American citizens and legal aliens. . .[T]he sole basis for this seizure was the defendant's racial background or national origin, a basis that was itself unreasonable."** *Orhorhaghe v. Immigration and Naturalization Serv.,* **38 F.3d 488, 497 (9th Cir. 1994)**.

**WHEREFORE the defendant requests the Court grant this Motion. The defendant requests a hearing on the merits of the Motion before Trial.**

**Respectfully Submitted,**

**/s/**
_____

**H. Heather Shaner #276 276**
**Appointed by the Court**
**for David Mora-Gil**