UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 05-246 (RMC) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JOSE LUIS CONTRERAS-MACEDAS, | : | VIOLATIONS: |
| aka Dende, | : | |
| aka Luis, | : | 18 U.S.C. § 371 |
| DAVID MORA-GIL, | : | (Conspiracy to Commit Offense |
| aka Chucky, | : | Against the United States) |
| PELES FRANCISCO, | : | 18 U.S.C. § 1028(a)(1), (b)(1) |
| aka Aldebaran Rodriguez Guzman, | : | (Production of Fraudulent Documents) |
| aka Pinguino, | : | 18 U.S.C. § 1028(a)(2), (b)(1) |
| aka ZigZag, | : | (Transfer of Fraudulent Documents |
| RAYMUNDO LOPEZ-VARGAS, | : | 18 U.S.C. § 1546(a) |
| aka Floy, | : | (Possession of Fraudulent Documents |
| aka Floyd, | : | Prescribed for Authorized Stay or |
| PEDRO HERNANDEZ-CARLON, | : | Employment in the United States) |
| aka Perico, | : | 18 U.S.C. § 1028A(a)(1) |
| REMIGIO GONZALEZ-OLVERA, | : | (Aggravated Identity Theft) |
| aka Cachando, | : | 18 U.S.C. § 1028(a)(5), (b)(1) |
| OSCAR AGUILAR-GOMEZ, | : | (Possession of Document-Making Implements) |
| aka Manuel, | : | 18 U.S.C. § 922(g)(5)(A) |
| | : | (Possession of a Firearm by an Illegal Alien) |
| Defendants. | : | 8 U.S.C. § 1326(a) |
| | : | Unlawful Reentry of a Removed Alien |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

At all times material to the Indictment:

The Conspiracy

1. From at least on or about February 1, 2005, and continuing through on or about August 2, 2005, within the District of Columbia and elsewhere, defendants **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis;" **DAVID MORA-GIL**, also known as "Chucky;" **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag;" **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd;" **PEDRO HERNANDEZ-CARLON**, also known as "Perico;" **REMIGIO GONZALEZ-OLVERA**, also known as "Cachando," and **OSCAR AGUILAR-GOMEZ**, also known as "Oscar," (collectively, "the Defendants") did knowingly combine, conspire, confederate, and agree together and with persons whose identities are known and unknown to the Grand Jury to commit offenses against the United States, that is:

   (A) to forge, counterfeit, alter, falsely make, possess, and obtain resident alien cards, employment authorization cards and social security cards, which are documents prescribed by statute or regulation for entry into and as evidence of authorized stay or employment in the United States, knowing them to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a) [Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States];

   (B) knowingly and without lawful authority to produce more than five false identification documents, that is, resident alien cards, employment authorization cards and social security cards, in violation of Title 18, United States Code, Section 1028(a)(1) [Production of False

Identification Documents];

  (C) knowingly to transfer more than five false identification documents, that is, resident alien cards, employment authorization cards and social security cards, knowing that such documents were produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2) [Transfer of False Identification Documents];

  (D) knowingly to possess with intent to use and transfer unlawfully five or more false identification documents and authentication features, in violation of Title 18, United States Code, Section 1028(a)(3) [Possession of Five or More False Identification Documents]; and

  (E) knowingly to possess a document-making implement with the intent such document-making implement will be used in the production of a false identification document, in violation of Title 18, United States Code, Section 1028(a)(5) [Possession of Document-Making Implements].

Object of the Conspiracy

2. It was the object of the conspiracy to generate income and to obtain money by producing and selling false identification documents, including resident alien cards, employment authorization cards and social security cards.

Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

  (A) Members of the conspiracy agreed to sell false identification documents to prospective buyers on or near the 1600 through 1800 blocks of Columbia Road, N.W., within the District of Columbia.

(B) Members of the conspiracy brought, or arranged to have brought, to 526 Tuckerman Street, N.W., in the District of Columbia, orders for false identification documents.

(C) While inside a room in 526 Tuckerman Street, N.W., in the District of Columbia, members of the conspiracy produced more than five false identification documents, using document-making implements such as a typewriter, laminating machine and sheets of laminate.

(D) Members of the conspiracy distributed more than five completed false identification documents to buyers through a series of transfers in exchange for money within the District of Columbia.

### Overt Acts

4. In furtherance of the conspiracy and to accomplish the object thereof, the following overt acts, among others, were committed within the District of Columbia and elsewhere by the Defendants and their conspirators:

(A) On or about May 10, 2005, **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis," possessed an order for illegal identity documents and laminates that would be used to make illegal identity documents.

(B) On or about May 10, 2005, **DAVID MORA-GIL**, also known as "Chucky," possessed several orders for illegal identity documents.

(C) On or about June 21, 2005, **PELES FRANCISCO**, also known as **"**Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag**,**" attempted to solicit customers to buy illegal identity documents while he was in the area of the 1600 through 1800 blocks of Columbia Road, NW, Washington, D.C.

(D) On or about July 26, 2005, **PEDRO HERNANDEZ-CARLON**, also known as "Perico," entered 526 Tuckerman St., NW, Washington, D.C.

(E) On or about August 2, 2005, **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," while at 754 Harvard Street, NW, Washington, D.C., possessed more than 100 illegal identity documents, including blank laminates for resident alien cards, and completed fraudulent resident alien cards, and social security cards.

(F) On or about August 2, 2005, **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," while at 526 Tuckerman Street, NW, Washington, D.C., possessed orders for illegal identity documents, and numerous illegal identity documents, including completed fraudulent resident alien cards, and social security cards.

(G) On or about August 2, 2005, **REMIGIO GONZALEZ-OLVERA**, also known as "Cachando," stored in the trunk of his car a ledger that recorded the sales of illegal documents by various vendors.

(H) In or about August, 2005, **OSCAR AGUILAR-GOMEZ**, also known as "Manuel," possessed a sheet of five blank, fake permanent resident alien cards intended for use in making fraudulent permanent resident alien cards.

    **(Conspiracy to Commit Offenses Against the United States,** in violation
     of Title 18, United States Code, Section 371).

## COUNT TWO

1. The allegations set forth in Count One of this Indictment are re-alleged and incorporated by reference herein.

2. From on or about February 1, 2005 through on or about August 2, 2005, within the District of Columbia, defendants **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis;" **DAVID MORA-GIL**, also known as "Chucky;" **PELES FRANCISCO**, also known as **"**Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag;" **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd;" **PEDRO HERNANDEZ-CARLON**, also known as "Perico;" **REMIGIO GONZALEZ-OLVERA**, also known as "Cachando," and **OSCAR AGUILAR-GOMEZ**, also known as "Manuel," did knowingly and without lawful authority produce more than five identification documents, authentication features, and false identification documents, which appear to be identification documents or authentication features issued by and under the authority of the United States.

   (**Production of Fraudulent Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(1), (b)(1) and 2).

## COUNT THREE

1. The allegations set forth in Count One of this Indictment are re-alleged and incorporated by reference herein.

2. From on or about February 1, 2005 through on or about August 2, 2005, within the District of Columbia, defendants **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis;" **DAVID MORA-GIL**, also known as "Chucky;" **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag;" **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd;" **PEDRO HERNANDEZ-CARLON**, also known as "Perico;"

**REMIGIO GONZALEZ-OLVERA**, also known as "Cachando;" and **OSCAR AGUILAR-GOMEZ**, also known as "Manuel," did knowingly transfer more than five identification documents, authentication features, and false identification documents, which appear to be identification documents or authentication features issued by and under the authority of the United States, knowing that such documents or features were produced without lawful authority.

    **(Transfer of Fraudulent Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(2), (b)(1) and 2).

## COUNT FOUR

On or about May 10, 2005, within the District of Columbia, defendants **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis, and **DAVID MORA-GIL**, also known as "Chucky," did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security cards, permanent resident cards, and a employment authorization card, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT FIVE

1. The allegations contained in Count Four of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about May 10, 2005, within the District of Columbia, defendant **JOSE LUIS CONTRERAS-MACEDAS**, also known as "Dende," and "Luis," did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Four of this indictment, and such means of identification consisted of a false social security card with a social

security number that is fully known by the Grand Jury and identified herein by the last four digits, "1515," a false permanent resident card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "3558," and a false employment authorization card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "6325."

 **(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT SIX

1. The allegations contained in Count Four of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about May 10, 2005, within the District of Columbia, defendant **DAVID MORA-GIL**, also known as "Chucky," did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Four of this indictment, and such means of identification consisted of a false social security card with a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "6351," and a false permanent resident card with the following alien registration number that is fully known by the Grand Jury and identified herein by the last four digits, "3210."

 **(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT SEVEN

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of

authorized stay and employment in the United States, that is, false social security cards and resident alien cards, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT EIGHT

1. The allegations contained in Count Seven of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Seven of this Indictment, and such means of identification consisted of a false social security card with a social security number that is fully known by the Grand Jury and identified herein by the last four digits, "2028," and false resident alien cards with the following alien registration numbers that are fully known by the Grand Jury and identified herein by the last four digits, "6232," and "4530."

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT NINE

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," did knowingly possess with intent to use unlawfully and transfer unlawfully five or more false identification documents, and authentication features, which are or appear to be identification documents and authentication features issued by and under the authority of the United States,

knowing such identification documents and authentication features were produced without lawful authority, that is, more than 100 "I-551" laminate sheets that are used to make resident alien cards.

>**(Possession of Five or More False Identification Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(3), (b)(1) and 2).

### COUNT TEN

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," did knowingly possess document-making implements, including two laminating machines, two typewriters and a paper cutter, with the intent such document-making implements would be used in the production of false identification documents, which appeared to be identification documents or authentication features issued by and under the authority of the United States.

>**(Possession of Document-Making Implements** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(5), (b)(1) and 2).

### COUNT ELEVEN

On or about August 2, 2005, within the District of Columbia, defendant **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," an alien and citizen of Mexico, did knowingly possess a firearm in and affecting commerce and receive a firearm which had been shipped and transported in interstate and foreign commerce, while **PELES FRANCISCO**, also known as "Aldebaran Rodriguez Guzman," "Pinguino," and "ZigZag," was illegally and unlawfully present in the United States.

>(**Unlawful Possession of a Firearm by an Illegal Alien**, in violation of Title 18, United States Code, Section 922(g)(5)(A))

## COUNT TWELVE

On or about August 2, 2005, within the District of Columbia, defendant **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, false social security cards, resident alien cards, and employment authorization cards, knowing them to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT THIRTEEN

1. The allegations contained in Count Twelve of this Indictment are hereby re-alleged and incorporated by reference herein.

2. On or about August 2, 2005, within the District of Columbia, defendant **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Twelve of this Indictment, and such means of identification consisted of false social security cards with social security numbers that are fully known by the Grand Jury and identified herein by the last four digits, "2619," "6473," "2744," 8654," "2889," "and 7523," and false resident alien cards with alien registration numbers that are fully known by the Grand Jury and identified herein by the last four digits, "0915," "6782," and "1421."

**(Aggravated Identity Theft**,  in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT FOURTEEN

On or about August 2, 2005, within the District of Columbia, defendant **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," did knowingly possess with intent to use unlawfully and transfer unlawfully five or more false identification documents, and authentication features, which are or appear to be identification documents and authentication features issued by and under the authority of the United States, knowing such identification documents and authentication features were produced without lawful authority, that is, eight completed resident alien cards.

> **(Possession of Five or More False Identification Documents** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(3), (b)(1) and 2).

## COUNT FIFTEEN

On or about August 2, 2005, within the District of Columbia, defendant **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," did knowingly possess document-making implements, including two laminating machines, two typewriters and five cameras, with the intent such document-making implements would be used in the production of false identification documents, which appeared to be identification documents or authentication features issued by and under the authority of the United States.

> **(Possession of Document-Making Implements** and **Aiding and Abetting,** in violation of Title 18, United States Code, Sections 1028(a)(5), (b)(1) and 2).

## COUNT SIXTEEN

On or about August 2, 2005, within the District of Columbia, defendant **RAYMUNDO LOPEZ-VARGAS**, also known as "Floy," and "Floyd," an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained

permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia