IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 05-246-02 (RMC) |
| v. | : |
| DAVID MORA-GIL, | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 1028A(a)(1) |
| | : (Aggravated Identity Theft) |

FILED

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that between on May 10, 2005, defendant David Mora-Gil (hereinafter, "Mora-Gil" or "defendant") committed the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

The defendant is a Mexican national who entered the United States illegally, in or about the year 2001. The defendant subsequently came to Washington, D.C., where he became a member of an organization that conspired together to manufacture, possess and sell false alien registration cards, employment authorization cards and social security cards (collectively, "identity documents") in the 1600 through 1800 blocks of Columbia Road, N.W. ("Columbia Road"). Real identity documents are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States.

On May 10, 2005, the defendant was approached by a Special Agent with U.S. Immigration and Customs Enforcement ("ICE") while he was in a restaurant in the 1700 block of Columbia Road, NW, Washington, D.C. During his conversation with the agent, the defendant admitted that he was in the U.S. illegally and he was taken into custody.

At the time of his arrest, Mora-Gil had in his possession the following fraudulent identity documents: a false permanent resident card bearing his name, and a fraudulent social security card, bearing his name, with social security number \*\*\*-\*\*-6351. The Social Security Administration has determined that the social security number on the fake social security card belongs to a real person other than "David Mora-Gil." Accordingly, the defendant was in possession of the means of identification of a real person, without the lawful authority to possess that information. His possession of that fraudulent social security card occurred during and in relation to another fraud offense, that is, Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

The defendant knows that other members of the organization he belonged to included, among others not named here, Jose Contreras-Macedas, who is also called "Dende;" Peles Francisco, who is also called "Penguino;" ~~Pedro Hernandez-Carlon, who is also called "Perico;" and Luis Carrillo-Rodriguez, who is also called "Loco." The names "Loco" and "Perico" appear in a ledger recording the sale of illegal identity documents that was recovered, on August 2, 2005, from 526 Tuckerman~~ *[handwritten notation]*

~~St., NW, Washington, D.C., where the illegal identity documents were made.~~ At the time of his arrest, the defendant had several new orders for fake documents in his possession.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. #451058

By: _____
FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

## Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_____          _____
Date                                                          David Mora-Gil

3

**Defense Counsel's Acknowledgment**

I am David Mora-Gil's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

9-13-2006
Date

Joanne Hepworth, Esq.