IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| v. | * | CR. NO. 05-246-02(RMC) |
| | * | |
| | * | |
| **DAVID MORA-GIL** | * | |
| | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT DAVID MORA-GIL'S MOTION TO ADOPT AND JOIN JOSE CONTRERAS-MACEDAS' MEMORANDUM IN SUPPORT OF CREDIT FOR TIME SERVED WHEN DETAINED BY IMMIGRATION & CUSTOMS

Comes now Defendant, David Mora-Gil, by and through his attorney, Joanne Roney Hepworth, and moves this Court to allow him to adopt and joint his codefendant's request that the Court include in the Judgment & Commitment order language providing defendant with an additional credit of 65-days of *"credit for time served"* beyond the date defendant made an initial appearance before this Court, and to allow him to join in each and every argument and authority in support thereof. In support of this motion counsel states as follows:

1.  David Mora-Gil is in the exact same situation as his codefendant in regard to his detention prior to official charge.

2.  Defendant Mora-Gil as a deportable alien will be disproportionately punished by his mandatory minimum sentence in conjunction with his alien status. In addition to his 65 day pre-arrest detention, he will not be released to a halfway house six months prior to his release date as are non-deportable alien defendants and he will very likely be

detained an additional period pending deportation after completion of his sentence.

**WHEREFORE,** Defendant, David Mora-Gil, prays that this Court treat the Memorandum filed by his co-defendant to be equally applicable to him and grnt him credit for time served from May 10, 2005.

Respectfully Submitted,

_____
Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC  20004
(202)789-0037
Fax (301)320-3948

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties by ECF on this 30[h] day of November, 2006.

_____
Joanne R. Hepworth